# United States District Court
for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Ronald D. Frank                          Case Number: A01CR0023

Sentencing Judicial Officer:    James M. Fitzgerald, Senior U.S. District Court Judge

Date of Original Sentence:    June 11, 2001

Original Offense:    Theft of U.S. Property, 18 USC 641

Original Sentence:    5 months custody and 3 years supervised release; 5 months home detention; drug treatment and testing; search/seizure; full financial disclosure; $58,333.19 restitution

Date Supervision Commenced:    April 7, 2003

Asst. U.S. Attorney: Crandon Randell          Defense Attorney: Rich Curtner

### PETITIONING THE COURT

[ ]    To issue a warrant
[X]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on March 17, 2006, the defendant was arrested by the Anchorage Police Department and charged with Driving While Intoxicated. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

　　　The term of supervised release should be:

　　　　　[X]    Revoked
　　　　　[ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

-1-

Respectfully submitted,

_____
Michael Pentangelo
Senior U.S. Probation Officer
Date: March 22, 2006

Approved by:

_____
Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ]   *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.



[X]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

**REDACTED SIGNATURE**
_____
James M. Fitzgerald
Senior U.S. District Court Judge

3-22-2006
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | Case Number: A01CR0023 |
| vs. | ) ) ) | DECLARATION IN SUPPORT OF PETITION |
| Ronald D. Frank | ) ) ) |  |

I, Michael Pentangelo, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Ronald D. Frank, and in that capacity declare as follows:

The defendant was sentenced on June 11, 2001 to 5 months custody and 3 years supervised release with special conditions for 5 months home detention; drug treatment and testing; search/seizure; full financial disclosure; and $58,333.19 restitution.

The defendant commenced supervised release on April 7, 2003.

On March 17, 2006, the probation officer was contacted by the Anchorage Police Department and notified that the defendant was arrested for Driving While Intoxicated on this date. The defendant failed a field sobriety test and submitted to breath-alcohol testing which yielded a result of .172. The legal limit in the State of Alaska is .08.

The defendant failed to notify the probation officer of this arrest within the required 72 hour period. On March 21, 2006, the probation officer contacted the defendant at his residence and the defendant admitted that the was arrested for driving while intoxicated on March 17. Moreover, the defendant admitted that he was driving a vehicle while he was intoxicated subsequent to an evening of "partying".

Executed this 22nd day of March, 2006, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

_____
Michael Pentangelo
Senior U.S. Probation Officer