AO 83 (Rev. 12/85) Summons in a Criminal Case

RECEIVED
U.S. MARSHALS SERVICE
ALASKA

RECEIVED ORIGINAL

APR 13 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: 3:01-cr-00023-JMF |
| RONALD D. FRANK | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below. Contact Pretrial Services (907) 271-5494 not less than three (3) business days prior to the Scheduled Court Appearance.

| Place<br>Federal Building - U.S. Courthouse<br>222 W. 7th Avenue<br>Anchorage, Alaska 99513 | Room<br>180 - Courtroom 6 |
|---|---|
| Before: MAGISTRATE JUDGE JOHN D. ROBERTS | Date and Time<br>May 3, 2006 at 9:30 a.m. |

To answer a(n)
[] Indictment  [] Information  [] Complaint  [] Violation Notice  [XX] Probation Violation Petition

Charging you with a violation of:

mandatory condition of supervision that defendant not commit another federal, state, or local crime and shall not illegally possess a controlled substance.

Brief description of offense:

Defendant arrested by the Anchorage Police Department and charged with Driving While Intoxicated.

| Ida Romack, Clerk of Court<br>Signature of Issuing Officer<br>by [signature] Deputy Clerk<br>Name and Title of Issuing Officer | March 28, 2006 at Anchorage, Alaska<br>Date and Location |
|---|---|

**NOTICE:** If you wish to be represented by an attorney and can not afford to hire one, you may be entitled to court-appointed counsel. In that case, you should contact the Federal Public Defender, 550 W. 7th Avenue, Suite 1600, Anchorage, Alaska 99501, Tel: (907) 646-3400.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on:[1]   Date  4/3/06

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 772 W 7th Ave
U.S. Probation Office

☐ Left summons at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.  Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 4/3/06    Randy Johnson
          Date         Name of United States Marshal

          (by) ~~Deputy United States Marshal~~
          Sr. U.S. Probation Officer

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure.