```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. RONALD DEAN FRANK      CASE NO. 3:01-cr-00023-JMF
Defendant:  X Present  X On Summons

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        THOMAS BRADLEY

DEFENDANT'S ATTORNEY:           KEVIN MCCOY - APPOINTED

U.S.P.O.:                       MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD MAY 3, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:36 a.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant.

 X Defendant advised of general rights, charges, and penalties.

 X Defendant sworn.

 X Defendant stated true name: Same as above.

 X Financial Affidavit filed.
   X Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegation 1 of the Petition to Revoke
   Supervised Release.

 X Consent to be filed within 3 days or case shall be transferred
   to a U.S. District Judge.

 X Order Setting Conditions of Release **FILED**.

At 9:50 a.m. court adjourned.

DATE:       May 3, 2006          DEPUTY CLERK'S INITIALS:    ak