Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:01-CR-0023-JMF |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| RONALD DEAN FRANK, | |
| Defendant. | |

      Rich Curtner, Federal Defender for the District of Alaska, hereby enters his appearance as counsel for the Defendant RONALD DEAN FRANK in the above-captioned action.

      DATED at Anchorage, Alaska this 3rd day of May 2006.

      Respectfully submitted,

      s/ Rich Curtner
      Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:    907-646-3400
      Fax:    907-646-3480
      E-Mail:    rich_curtner@fd.org

Certification:
I certify that on May 3, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mike Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Rich Curtner
_____