Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RONALD DEAN FRANK,<br><br>        Defendant. | NO. 3:01-CR-0023-JMF<br><br>**CONSENT TO PROCEEDINGS BEFORE MAGISTRATE JUDGE AND REQUEST FOR EVIDENTIARY HEARING AFTER JUNE 12, 2006** |

       Ronald Frank consents to an evidentiary hearing on the petition to revoke supervised release at Docket No. 43-1 before the Magistrate Judge. Because the allegation in the petition relates to a pending state court prosecution currently set for trial on June 12, 2006, Mr. Frank asks that the evidentiary hearing be calendared for a date convenient to the court and counsel after June 12, 2006.

DATED at Anchorage, Alaska this 3rd day of May 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:          907-646-3480
E-Mail:     rich_curtner@fd.org

Certification:
I certify that on May 3, 2006,
a copy of the **Consent to Proceedings
Before Magistrate Judge and Request
for Evidentiary Hearing after June 12, 2006**,
was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

Mike Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curtner