DEBORAH M. SMITH
Acting United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:01-CR-00023(JMF) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) ERRATA |
| | ) |
| RONALD DEAN FRANK, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |
| | ) |

The United States, through counsel, filed a Proposed Writ of Execution on PFD. An error was found in the calculations. Therefore, the United States withdraws the Proposed Writ attached to Motion for Writ of Execution on PFD filed on May 19, 2006, and submits with this Errata the Amended Proposed Writ of Execution on PFD.

//

//

DATED this 22nd day of May, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney


        _s/ Richard L. Pomeroy_
        RICHARD L. POMEROY
        Assistant U.S. Attorney
        222 West 7th Avenue # 9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        Email: richard.pomeroy@usdoj.gov
        AK #8906031

U.S. vs. RONALD DEAN FRANK
Case No.: 3:01-CR-00023(JMF)