# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  RONALD DEAN FRANK  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                    CASE NO.  <u>3:01-cr-00023 JWS</u>

<u> Linda Christensen </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: June 16, 2006

    A Disposition Hearing in the above listed matter is hereby set for 9:30 a.m. on Wednesday, June 21, 2006.

[]{IA.WPD*Rev.12/96}