Rich Curtner
Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>RONALD DEAN FRANK,<br><br>           Defendant. | NO. 3:01-CR-0023-JWS<br><br>**DISPOSITION MEMORANDUM**<br><br>**(Filed on Shortened Time)** |

COMES NOW THE DEFENDANT, RONALD DEAN FRANK, by and through

counsel Rich Curtner, Federal Defender, and presents the following memorandum for

disposition on June 21, 2006.

Ron Frank has been on supervision for over three years.  Mr. Frank's term

of three years supervised release was scheduled to expire in April 2005.  Approximately

three weeks before his term of supervised release was to expire, Mr. Frank was arrested

in his driveway and charged with driving while intoxicated.

Mr. Frank has entered a guilty plea to the DWI charge.  On June 12, 2006,

Mr. Frank was sentenced to five years probation and ordered to serve 25 days in custody.

Alcohol treatment is a condition of his probation.

Mr. Frank has been steadily employed during his term of supervision. He worked for three years as an apprentice plumber for M&B Plumbing and Heating, Inc. He was also employed at Keller Supply, working ten hours a day.

Mr. Frank has made restitution payments in the amount of at least $200 per month for all but about six months of his supervision. While employed at M&B Plumbing and Heating, Mr. Frank had from $400 to $600 garnished from his paycheck every two weeks. He has also forfeited his Alaska Permanent Fund Dividends and federal income tax returns during that period. Mr. Frank has paid approximately $10,000 in restitution which on supervision.

In that Ron Frank has already had the benefit of three years of supervision by the United States Probation Office, counsel for Mr. Frank respectfully requests that Mr. Frank's term of supervision be terminated. Mr. Frank will remain on state probation supervision for the next five years, will give 25 days in custody for his new offense, and will receive alcohol treatment from the State of Alaska. His restitution obligation will remain a civil debt.

DATED at Anchorage, Alaska this 20th day of June 2006.

Respectfully submitted,

s/Rich Curtner
Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       rich_curtner@fd.org

Certification:
I certify that on June 20, 2006,
a copy of the **Disposition Memorandum**
was served electronically on:

Crandon Randell
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


and a copy was hand delivered to:

Mike Pentangelo
Probation Officer
U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562


s/Rich Curter _____