## UNITED STATES DISTRICT COURT
### District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>RONALD DEAN FRANK. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 06/12/01)<br>Case Number: 3:01-cr-00023-JWS<br>F. Richard Curtner<br>            Defendant's Attorney |

Defendant's probation officer filed a petition on 03/28/2006 accusing defendant of 1 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegation 1 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Commit another crime | 03/17/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 3 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

June 21, 2006
Date of Disposition Hearing

REDACTED SIGNATURE

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

6-21-06
Date

AO245.REV

Defendant: RONALD DEAN FRANK             Amended Judgment--Page 2 of 3
Case No.:   3:01-cr-00023-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  1 day .

[_] The court makes the following recommendations to the Bureau of Prisons:


[_] The defendant is remanded to the custody of the United States Marshal.
[X] The defendant shall surrender to the United States Marshal for this district,

    [X] by  9:00  a.m. on  July 17, 2006 .
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____


Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.


                                                      United States Marshal

                                  By _____
                                                    Deputy Marshal

AO245.REV

Defendant: RONALD DEAN FRANK                    Amended Judgment--Page 3 of 3
Case No.:   3:01-cr-00023-JWS

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

There will be no requirement for home confinement.

Added condition that the defendant not consume any alcohol.

The term of supervision is not [_] is[X] extended as follows:

1 year of supervised release re-imposed.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV