NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West 7th Avenue, # 9, Room 253
Anchorage, AK  99513-7567
Tel. (907) 271-5071
Fax  (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Plaintiff


                IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF ALASKA


UNITED STATES OF AMERICA,      )  No.  3:01-CR-00023 (JWS)
                               )
                Plaintiff,     )
                               )
        vs.                    )
                               )  **PROPOSED ORDER TO RELEASE**
Ronald Dean Frank,             )  **ATTACHED PFD FUNDS**
                               )
                Defendant.     )
_____)

        Plaintiff's motion to release attached Permanent Fund Dividend

funds is hereby GRANTED.

        The attached funds, in the amount of $1,644.00, shall be released

from the Registry by the Clerk of Court and deposited into U.S.

Treasury Account "0022-6855XX", as payment toward Defendant's criminal

restitution.

        IT IS SO ORDERED.


DATED:_____       _____
                                     UNITED STATES DISTRICT JUDGE